**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7645**

———————

In Re:  DERRICK VINCENT REDD,

Petitioner.

———————

On Petition for Writ of Mandamus
(CR-97-6)

———————

Submitted:  November 17, 2005     Decided:  November 30, 2005

———————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Derrick Vincent Redd, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Derrick Vincent Redd, a federal inmate, filed in this court a petition for writ of mandamus seeking an order compelling the district court to transfer his Fed. R. Crim. P. Rule 35 motion to this court because of the delay in deciding the motion.  On October 26, 2005, the district court denied Redd's Rule 35 motion.  Accordingly, while we grant his motion to proceed in forma pauperis, we deny as moot his petition for a writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED